1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6

MICHAEL JOHNSON,

      Plaintiff,

  v.

ON-SITE MANAGER, INC.,

      Defendant.

Case No. 5:15-cv-04409-BLF

**CASE MANAGEMENT ORDER**

On 02/18/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 08/24/2017 at 9:00 AM |
| Final Pretrial Conference | 12/07/2017 at 1:30 PM |
| Trial | 01/08/2018 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

7

8 Dated: 02/18/2016

9                                         _____
10                                        BETH LABSON FREEMAN
                                          United States District Judge