Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 W. Olive Avenue, Suite 300
Burbank, CA  91505
Telephone:  (323) 744-1146
Facsimile:   (888) 778-5695
Stephanie@TheTatarLawFirm.com

Attorney for Plaintiff
MICHAEL JOHNSON

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>  Defendant. | **Case Action No.:<br>5:15-cv-04409-BLF**<br><br>**PLAINTIFF'S PROPOSED CASE MANAGEMENT DEADLINES** |

**AND NOW** on this 25th day of July, 2016, pursuant to this Court's Order of February 18, 2016 (Dk. No. 24) Plaintiff Michael Johnson proposes the following case management deadlines[1]:

  1. Further Case Management Conference:

    **N/A**

  2. Last Day to Amend Pleading and Add Parties:

---

[1] Counsel for On-Site Manager, Inc. has been contacted no fewer than seven (7) times to discuss the Plaintiff's proposed stipulation for case management deadlines.  To date there has been no response.

1
PLAINTIFF'S PROSPOSED CASE MANAGEMENT DEADLINES

**N/A**

3. Last Day for Fact Discovery Cut-Off:

   **April 21, 2017**

4. Last Day to Disclose Experts:

   **May 21, 2017**

5. Last Day for Expert Discovery Cut-Off:

   **June 5, 2017**

6. Last Day to file Motions:

   **July 20, 2017**

7. Last Day to hear Dispositive Motions:

   **August 24, 2017**

8. Final Pre-Trial Conference:

   **December 7, 2017 at 1:30 PM**

9. Jury Trial:

   **January 8, 2018 at 9:00 AM**

**Respectfully Submitted,**

By: */s/ Stephanie Tatar*
     Stephanie Tatar

Attorney for Plaintiff Michael Johnson