Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 W. Olive Avenue, Suite 300
Burbank, CA  91505
Telephone:  (323) 744-1146
Facsimile:   (888) 778-5695
Stephanie@TheTatarLawFirm.com

Erin A. Novak (admitted *pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com

Attorney for Plaintiff
MICHAEL JOHNSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>  Defendant. | **Case Action No.:**<br>**5:15-cv-04409-BLF**<br><br>**NOTICE OF PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF REBECCA E. KUEHN**<br><br>**Noticed Hearing Date and Time:**<br>**August 24, 2017 at 9:00 a.m.**<br><br>**The Hon. Beth Labson Freeman** |

Notice of Plaintiff's Motion To Exclude The Expert Testimony Of Rebecca E. Kuehn
C-15-04409 BLF
1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Please take notice that on Thursday August 24, 2017 at 9:00 am, Plaintiff,
3  Michael Johnson by and through his attorneys, will move this Honorable Court to
4  Exclude the Expert Testimony Of Rebecca E. Kuehn.

5  In his Motion Plaintiff will request that this Court Exclude The Expert
6  Testimony Of Rebecca E. Kuehn.

7  Plaintiff will rely upon his Motion, his Brief and the Declaration of Erin A.
8  Novak.

9  Based on the foregoing, Plaintiff respectfully requests that the Court Exclude
10 the Expert Testimony Of Rebecca E. Kuehn.

13 Dated: July 20, 201

15 *s/ Erin A. Novak*
   ERIN A. NOVAK
16 (*pro hac vice*)
   FRANCIS & MAILMAN, P.C.
17 100 S. Broad Street, Ste. 1902
   Philadelphia, PA 19110
18 Telephone: (215) 735-8600
19 Facsimile: (215) 940-8000
   enovak@consumerlawfirm.com