Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 W. Olive Avenue, Suite 300
Burbank, CA  91505
Telephone:   (323) 744-1146
Facsimile:    (888) 778-5695
Stephanie@TheTatarLawFirm.com

Erin A. Novak (admitted *pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com

Attorney for Plaintiff
MICHAEL JOHNSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>                Plaintiff,<br><br>        vs.<br><br>ON-SITE MANAGER, INC.<br><br>                Defendant. | **Case No.: 5:15-cv-04409-BLF**<br><br>**AFFIDAVIT OF ERIN A. NOVAK**<br><br>**Noticed Hearing Date and Time:**<br>**August 24, 2017 at 9:00 a.m.**<br><br>**The Hon. Beth Labson Freeman** |

Affidavit In Support Of Plaintiff Michael Johnson's Motion To Exclude The Expert Testimony Of Rebecca E. Kuehn
C-15-04409 BLF
1

AFFIDAVIT OF ERIN A. NOVAK

I, ERIN A. NOVAK, declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania and the State of New Jersey.

2. I am lead counsel for Plaintiff Michael Johnson, admitted *pro hac vice*.

3. I have personal knowledge of the facts and circumstances of the above matter.

4. Attached hereto as Exhibit A is a true and correct copy of Defendant's Expert Report of Rebecca E. Kuehn.

5. Attached hereto as Exhibit B is a true and correct copy of a Defendant's Initial Disclosures.

6. Attached hereto as Exhibit C is a true and correct copy of a Defendant's Responses to Plaintiff's Requests for Production.

7. Attached hereto as Exhibit D is a true and correct copy of a Defendant's document production on July 18, 2017.

8. I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

 s/ Erin A. Novak
ERIN A. NOVAK
(*pro hac vice*)
FRANCIS & MAILMAN, P.C.
100 S. Broad Street, Ste. 1902
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com

Dated: July 20, 2017