# EXHIBIT C

**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq.  SBN 189751
msaltz@jrsnd.com
Colby A. Petersen, Esq. SBN 274387
cpetersen@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 446-9900
Facsimile:  (310) 446-9909

Attorneys for Defendant ON-SITE MANAGER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHNSON, | Case No.: 5:15-CV-04409-BLF |
| Plaintiff, | **DEFENDANT ON-SITE MANAGER, INC.'S RESPONSES TO REQUEST FOR PRODUCTION, SET ONE** |
| vs. | |
| ON-SITE MANAGER, INC., | **Complaint filed:  September 23, 2015** |
| Defendant. | **First Amended Complaint filed:  January 5, 2016** |
| | **Trial Date:      January 8, 2018** |

**PROPOUNDING PARTY: PLAINTIFF MICHAEL JOHNSON**

**RESPONDING PARTY  :  DEFENDANT ON-SITE MANAGER, INC**

**SET NO.            : ONE**

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California  90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 1:**

All documents identifying whether Plaintiff's consumer file was mixed with that of any other consumer(s), as well as the date and reason why the files became mixed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Vague and Ambiguous as to the term "mixed".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 2:**

All documents identifying how the names of any individuals other than Plaintiff, and any address, aliases or other personal identifier related to these individuals, became incorporated into Plaintiff's Sterling consumer report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Vague and Ambiguous as to the term "Sterling consumer report".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court. Currently, On-Site has no documents responsive to this demand and does not know what a "Sterling consumer report" is.

///

///

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 3:**

All documents identifying and/or referring to the matching criteria and/or the minimum identifying information (e.g., full name, full date of birth, full address, full social security number, etc.)  that your require your customers, subscribers or third parties to provide before you sell a consumer report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Vague and Ambiguous as to the term "minimum identifying information".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 4:**

All documents identifying and/or referring to the matching criteria and/or the minimum identifying information (e.g. full name, full date of birth, full address, full social security number, etc.) that you require for a consumer, such as Plaintiff, before you furnish that consumer with a copy of their file.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Vague and Ambiguous as to the term "minimum identifying information".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 5:**

All documents referring to any computer-aided programming procedures, methods or protocols that you use or maintain to prevent the reoccurrence of mixed files.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; vague and ambiguous as to the term "mixed files."

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court, including the Data Suppression Algorithm, which is extremely proprietary.

**REQUEST FOR PRODUCTION NO. 6:**

All documents concerning the number of consumer complaints or communications that you had reported information that belonged to another consumer on their report or that you had reported information which was "mixed" with another person's file, for the previous five (5) years.

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; vague and ambiguous as to the term "mixed file." Responding Party responds that it would be a violation of the FCRA to respond to this request. 15 USC § 1681b expressly prohibits the disclosure of such information, as responses to discovery are not listed as a permissible purpose to release information from a third-party's consumer file.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1 **REQUEST FOR PRODUCTION NO. 7:**

2 All documents concerning lawsuits brought against you for violating the FCRA in the

3 previous five (5) years, including coped of the Complaints themselves.

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

5 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

6 Product Privilege; Trade Secret / Proprietary Information; Requested documents are

7 equally available to Plaintiff; Request also calls for documents subject to protective

8 orders and therefore Responding Party cannot comply; Unduly burdensome.

9

10 **REQUEST FOR PRODUCTION NO. 8:**

11 All documents identifying whether your current matching criteria is based, in

12 whole or in part, on a belief that stricter matching criteria would result in lost sales or a

13 decrease in profits, and any documentation to evidence that decrease or loss.

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

15 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

16 Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

17 However, without waiver of objection, no such documents exist in On-Site's

18 possession, custody or control, as On-Site is a reseller of consumer information.

19

20 **REQUEST FOR PRODUCTION NO. 9:**

21 All documents concerning whether you mixed Plaintiff's file with that of

22 another consumer or consumers.

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

24 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

25 Product Privilege; Trade Secret / Proprietary Information. However, without waiver of

26 objection, Responding Party responds that to the best of its knowledge, no such

27 documents exist because On-Site did not mix anyone's file.

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 10:**

All documents concerning when you first mixed Plaintiff's file.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

    **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information. However, without waiver of objection, Responding Party responds that to the best of its knowledge, no such documents exist because On-Site did not mix anyone's file.

**REQUEST FOR PRODUCTION NO. 11:**

    All documents concerning why you did not effectively un-mix Plaintiff's file.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

    **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information. However, without waiver of objection, Responding Party responds that to the best of its knowledge, no such documents exist because On-Site did not mix anyone's file, nor does On-Site have a file on Plaintiff to mix.

**REQUEST FOR PRODUCTION NO. 12:**

    All documents concerning your procedures to un-mix the files of two consumers which become mixed, or to correct the inaccurate reporting of one consumer's information on another report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

    **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

    However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

1  **REQUEST FOR PRODUCTION NO. 13:**

2      All documents concerning whether it costs you any additional money to employ

3  the computer-aided method of effectively preventing the recurrence of mixed files.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

5      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

6  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

7      However, without waiver of objection, to the extent the requested documents

8  exist, Responding Party will produce those documents relevant to the subject requests

9  that are in its possession, custody or control pursuant to the issuance of a protective

10  order by this Court.

11

12  **REQUEST FOR PRODUCTION NO. 14:**

13      All documents concerning whether you will sell a consumer report to a third

14  party, subscriber or consumer if they only supply you with: (a) consumer name; and

15  (b) address.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

17      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

18  Product Privilege; Trade Secret / Proprietary Information. However, without waiver of

19  objection, Responding Party responds that to the best of its knowledge, no such

20  documents exist.

21

22  **REQUEST FOR PRODUCTION NO. 15:**

23      All documents concerning whether you will sell a consumer report to a third

24  party, subscriber or customer if they only supply you with: (a) a potential match to the

25  consumer's name; and (b) any address, present or past, of the consumer.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

27      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

28  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1  However, without waiver of objection, to the extent the requested documents

2  exist, Responding Party will produce those documents relevant to the subject requests

3  that are in its possession, custody or control pursuant to the issuance of a protective

4  order by this Court.

5

6  **REQUEST FOR PRODUCTION NO. 16:**

7  All documents concerning whether a third party subscriber must follow your

8  matching rules in order to purchase a consumer report from you.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

10  **OBJECTION:** Unintelligible; Vague and ambiguous as to the term "matching

11  rules"; Attorney Client Communication Privilege; Attorney Work Product Privilege;

12  Trade Secret / Proprietary Information; Unduly burdensome.

13  However, without waiver of objection, to the extent the requested documents

14  exist, Responding Party will produce those documents relevant to the subject requests

15  that are in its possession, custody or control pursuant to the issuance of a protective

16  order by this Court.

17

18  **REQUEST FOR PRODUCTION NO. 17:**

19  All documents concerning the volume of consumer reports sold based upon the

20  amount of identifying information about the consumer provided.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

22  **OBJECTION:** Vague and ambiguous as to the phrase "amount of identifying

23  information"; Vague and ambiguous as to the phrase "volume of consumer reports";

24  Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade

25  Secret / Proprietary Information; Unduly burdensome. Responding Party is therefore

26  unable to respond.

27  ///

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 18:**

All documents concerning whether you expect to sell less consumer reports if you require subscribers to provide more identifying information about the consumer before the sale of the report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

**OBJECTION:** Vague and ambiguous as to the phrase "amount of identifying information"; Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome. Responding Party is therefore unable to respond.

**REQUEST FOR PRODUCTION NO. 19:**

All documents concerning whether a higher degree of consumer report accuracy is achieved if you require more precise matching of the consumer's full name, address, social security number, and date of birth.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

**OBJECTION:** Vague and ambiguous as to the phrase "more precise matching"; Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome. Responding Party is therefore unable to respond.

**REQUEST FOR PRODUCTION NO. 20:**

All documents concerning whether mixing one's consumer file with that of another is harmful to both consumers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information. However, without waiver of objection, Responding Party responds that to the best of its knowledge, no such documents exist.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel: 310.446.9900 • Fax 310.446.9909

1  **REQUEST FOR PRODUCTION NO. 21:**

2       All name scans which in any way reference Plaintiff.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

4       **OBJECTION:** Vague and ambiguous as to the term "name scan"; Attorney

5  Client Communication Privilege; Attorney Work Product Privilege; Trade Secret /

6  Proprietary Information; Unduly burdensome. Responding Party is therefore unable to

7  respond. This request would disclose information of other consumers and would

8  require this responding party to violate 15 USC §1681b.  As such, this Responding

9  Party cannot comply with this request as a matter of law.

10

11  **REQUEST FOR PRODUCTION NO. 22:**

12       All combine audit logs or online combine audit logs, which in any way reference

13  Plaintiff.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

15       **OBJECTION:** Vague and ambiguous as to the term "combine audit log";

16  Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade

17  Secret / Proprietary Information; Unduly burdensome. Responding Party is therefore

18  unable to respond.

19

20  **REQUEST FOR PRODUCTION NO. 23:**

21       All of your invoices and/or invoice records referring to the cost of any consumer

22  reports concerning the Plaintiff that you sold within the five (5) years preceding the

23  filing of the Complaint.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

25       **OBJECTION:** Unintelligible; Vague and ambiguous as to the term "cost";

26  Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade

27  Secret / Proprietary Information; Unduly burdensome.

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1  However, without waiver of objection, to the extent the requested documents

2  exist, Responding Party will produce those documents relevant to the subject requests

3  that are in its possession, custody or control pursuant to the issuance of a protective

4  order by this Court.

5

6  **REQUEST FOR PRODUCTION NO. 24:**

7  All documents or print screens that in any way reference Plaintiff, the events

8  alleged in the Complaint, or Plaintiff's social security number.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

10  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

11  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

12  However, without waiver of objection, to the extent the requested documents

13  exist, Responding Party will produce those documents relevant to the subject requests

14  that are in its possession, custody or control pursuant to the issuance of a protective

15  order by this Court.

16

17  **REQUEST FOR PRODUCTION NO. 25:**

18  All documents or recorded statements prepared or obtained that in any way

19  reference Plaintiff, Plaintiff's social security number, Plaintiff's true identity or any

20  allegations or defenses asserted in this action.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

22  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

23  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

24  However, without waiver of objection, to the extent the requested documents

25  exist, Responding Party will produce those documents relevant to the subject requests

26  that are in its possession, custody or control pursuant to the issuance of a protective

27  order by this Court.

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 26:**

Copies of each and every document referencing communications between you and any entity which in any way references Plaintiff, Plaintiff's social security number or other identifiers or any allegation or defense asserted in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 27:**

Copies of each and every liability policy issued to you, which may cover your alleged liability in this suit, including the declaration page and/or all endorsements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Relevance.

**REQUEST FOR PRODUCTION NO. 28:**

All documents sent to Plaintiff by you.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

**OBJECTION:** Equally available to Plaintiff.

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 29:**

All documents sent to you by Plaintiff.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

No such documents exist.

**REQUEST FOR PRODUCTION NO. 30:**

All documents relating or referring to any communications between you and Plaintiff.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 31:**

Copies of all your quarterly profit and loss statements for the past three (3) years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

**OBJECTION:** Irrelevant; Trade Secret / Proprietary Information; Unduly burdensome.

**REQUEST FOR PRODUCTION NO. 32:**

Copies of all your current balance sheets and financial statements, including any annual reports.

///

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

2        **OBJECTION:** Irrelevant; Trade Secret / Proprietary Information; Unduly

3   burdensome.

4

5   **REQUEST FOR PRODUCTION NO. 33:**

6        Copies of your income tax returns for the past three (3) years.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

8        **OBJECTION:** Irrelevant; Trade Secret / Proprietary Information; Unduly

9   burdensome.

10

11  **REQUEST FOR PRODUCTION NO. 34:**

12       All consumer report(s) which bear any identifier(s) associated with Plaintiff for

13  the last three (3) years.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

15       **OBJECTION:** Vague and Ambiguous as to the term "identifier(s)"; Trade

16  Secret / Proprietary Information; Consumer Private Information; Harassing and

17  Unduly burdensome.

18       However, without waiver of objection, to the extent the requested documents

19  exist, Responding Party will produce those documents relevant to the subject requests

20  that are in its possession, custody or control pursuant to the issuance of a protective

21  order by this Court.

22

23  **REQUEST FOR PRODUCTION NO. 35:**

24       All documents sent by you to any other person or entity concerning the Plaintiff

25  within the past five (5) years.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

27       **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

28  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1  However, without waiver of objection, to the extent the requested documents

2  exist, Responding Party will produce those documents relevant to the subject requests

3  that are in its possession, custody or control pursuant to the issuance of a protective

4  order by this Court.

5

6  **REQUEST FOR PRODUCTION NO. 36:**

7  All documents sent to you or received by you concerning the Plaintiff within the

8  past five (5) years.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

10  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

11  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

12  However, without waiver of objection, to the extent the requested documents

13  exist, Responding Party will produce those documents relevant to the subject requests

14  that are in its possession, custody or control pursuant to the issuance of a protective

15  order by this Court.

16

17  **REQUEST FOR PRODUCTION NO. 37:**

18  All documents evidencing or including data concerning the names, addresses,

19  telephone numbers, current employers and current whereabouts of each and every one

20  of your employees who has communicated with the Plaintiff.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

22  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

23  Product Privilege; Trade Secret / Proprietary Information; Overly Broad and Unduly

24  Burdensome, Harassing; California Privacy Privilege.

25  ///

26  ///

27  ///

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 38:**

All audit trails of any and all document(s), data bases, consumer files, computer(s), or other data held by you which, in any degree, address or discuss the Plaintiff or any one of the Plaintiff's personal identifiers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Vague and Ambiguous as to the term "audit trails".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 39:**

All documents constituting your entire consumer file that in any way references Plaintiff or Plaintiff's personal identifiers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Vague and Ambiguous as to the term "audit trails".

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

///
///
///

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 40:**

All policy manuals, procedure manuals or other documents which address your policies and procedures for complying with any and all sections of the Fair Credit Reporting Act.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Seeks information beyond the scope.

However, without waiver of objection, to the extent the requested documents exist, Responding Party will produce those documents relevant to the subject requests that are in its possession, custody or control pursuant to the issuance of a protective order by this Court.

**REQUEST FOR PRODUCTION NO. 41:**

All documents which you will or may use as exhibits in the trial of this case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Improper request, as there is no category of document identified. Discovery is continuing.

**REQUEST FOR PRODUCTION NO. 42:**

All archived prints (whether stored digitally or in hard copy) of all internal disclosures generated as a result of the Plaintiff's dispute of accuracy in the Plaintiff's account.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Vague

1  and ambiguous as to Plaintiff's dispute of the accuracy. Prior to the filing of the

2  Complaint, no such documents exist of Plaintiff disputing the accuracy of the report.

3  However, without waiver of objection, and to the extent any documents exist, Plaintiff

4  will produce subject to a protective order issued by this Court.

5

6  **REQUEST FOR PRODUCTION NO. 43:**

7  All papers, records and documents referred to in Plaintiff's First Set of Interrogatories

8  Directed to Defendant.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

10  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

11  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Vague

12  and ambiguous as to "referred to"; Improper request without a defined category of

13  documents.

14

15  **REQUEST FOR PRODUCTION NO. 44:**

16  All documents referenced in Defendant's Initial Disclosures.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

18  **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

19  Product Privilege; Trade Secret / Proprietary Information.

20  However, without waiver of objection, to the extent the requested documents

21  exist, Responding Party will produce those documents relevant to the subject requests

22  that are in its possession, custody or control pursuant to the issuance of a protective

23  order by this Court.

24

25  **REQUEST FOR PRODUCTION NO. 45:**

26  All documents referring to Defendant's policies and procedures pertaining to

27  "legal disputes", or any disputes by an attorney, the attorney general's office, Better

28  Business Bureau or any government office.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Beyond the scope. This case is not a dispute case so the information requested is irrelevant.

**REQUEST FOR PRODUCTION NO. 46:**

 All documents referring to the policies or procedures instituted by Defendant since the enactment of FACTA concerning compliance with FACTA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Beyond the scope. Vague and ambiguous as to which sections of FACTA are at issue.

**REQUEST FOR PRODUCTION NO. 47:**

 All documents received by or directed toward Defendant from the Federal Trade Commission or any other federal or state agency or department that relates to Defendant's compliance requirements under the FCRA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

 **OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information. However, without waiver of objection, Responding Party responds that to the best of its knowledge, no such documents exist.

**REQUEST FOR PRODUCTION NO. 48:**

 Assuming that "mixed-file" means a consumer report for employment purposes which contains any information about a crime committed by a person other than the person who is the subject of the report, all e-mails in the previous 6 years concerning:

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1 a) The number of mixed files,

2 b) Procedures designed to avoid mixed files,

3 c) The numbers or captions of mixed file lawsuits that you received,

4 d) The number of mixed file disputes that you received;

5 e) Any other notice of mixed file that you have record of,

6 f) All records and documents concerning a-e, above.

7 **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

8 **OBJECTION:** Beyond the scope, this is not an employment case and criminal
9 records are not at issue; Attorney Client Communication Privilege; Attorney Work
10 Product Privilege; Trade Secret / Proprietary Information; This request is intentionally
11 harassing and has been propounded solely for the purpose of increasing litigation costs.

13 **REQUEST FOR PRODUCTION NO. 49:**

14 All transcripts of any of your employees or agents who testified concerning any
15 allegedly inaccurate criminal records appearing upon a consumer report that you
16 prepared for employment purposes over the previous 6 years.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

18 **OBJECTION:** Beyond the scope, this is not an employment case and criminal
19 records are not at issue; Attorney Client Communication Privilege; Attorney Work
20 Product Privilege; Trade Secret / Proprietary Information; This request is intentionally
21 harassing and has been propounded solely for the purpose of increasing litigation costs.

23 **REQUEST FOR PRODUCTION NO. 50:**

24 Any document concerning the minimum identifying information (e.g., full
25 name, full name, full date of birth, full address, full social security number, etc.) that
26 you require that a third party provide to you before you sell a consumer's report to that
27 third party, and any document concerning such identifying information actually
28 provided to you by any third party for the previous 6 years concerning Plaintiff.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

2       **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

3   Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

4       However, without waiver of objection, to the extent the requested documents

5   exist, Responding Party will produce those documents relevant to the subject requests

6   that are in its possession, custody or control pursuant to the issuance of a protective

7   order by this Court.

8

9   **REQUEST FOR PRODUCTION NO. 51:**

10       Any document concerning the number of consumer disputes that you

11   investigated as mixed file matters in each of the previous 6 years. (Assuming that

12   "mixed-file" is used as defined in the Definitions and Instructions section of Plaintiff's

13   First Set of Interrogatories).

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

15       **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

16   Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome;

17   Improperly seeks information regarding other consumers in violation of 15 USC §

18   1681b and violates their right to privacy.

19

20   **REQUEST FOR PRODUCTION NO. 52:**

21       The Complaints and Answers in every FCRA lawsuit involving a mixed file

22   claim that you have defended in each of the previous ten (10) years. (Assuming that

23   "mixed-file" is used as defined in the Definitions and Instructions section of the

24   Plaintiff's First Set of Interrogatories).

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

26       **OBJECTION:** Equally available to Plaintiff; Harassing. In fact, most of the

27   lawsuits that have ever been filed against Defendant have been filed by Plaintiff's

28   counsel, who is already in possession of all such documents.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

**REQUEST FOR PRODUCTION NO. 53:**

Any document with any advice from Counsel that you will reply upon as a defense in this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

**OBJECTION:** Attorney Work Product Privilege; Attorney-Client Communication Privilege; Vague and ambiguous as to the term "reply". Request is unintelligible and Responding Party cannot answer at this time.

**REQUEST FOR PRODUCTION NO. 54:**

Any document concerning any "objective reading" of the FCRA that you contend provides a defense for you in this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

**OBJECTION:** Attorney Work Product Privilege; Attorney-Client Communication Privilege.

**REQUEST FOR PRODUCTION NO. 55:**

Any documents concerning when you were put on notice that mixed files were a cause of inaccuracies on consumer reports. (Assuming that "mixed-file" is used as defined in the Definitions and Instructions section of Plaintiff's First Set of Interrogatories).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

**OBJECTION:** Attorney Client Communication Privilege; Attorney Work Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome; Not limited in scope and time, or this case or Responding Party and essential applies to all consumer reports world wide; Assumes facts not in evidence.

///

///

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1  **REQUEST FOR PRODUCTION NO. 56:**

2      Any emails concerning your compliance with FCRA with respect to avoiding or

3  allowing mixed files.  (Assuming that "mixed file" is used as defined in the Definitions

4  and Instructions section of the Plaintiff's First Set of Interrogatories).

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

6      **OBJECTION:** Attorney Work Product Privilege; Attorney-Client

7  Communication Privilege; Trade Secret / Proprietary Information; Vague and

8  ambiguous as to the term "avoiding or allowing mixed files".

9

10  **REQUEST FOR PRODUCTION NO. 57:**

11      All contracts between you and any third party who supplies criminal records

12  information to you.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

14      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

15  Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome;

16  Beyond the scope of this case as criminal records are not at issue; Propounded solely

17  for harassment purposes.

18

19  **REQUEST FOR PRODUCTION NO. 58:**

20      Any documents relating to the knowledge of every person who you list in your

21  Initial Disclosures as said knowledge relates to the claims in this lawsuit.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

23      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

24  Product Privilege; Trade Secret / Proprietary Information.

25      However, without waiver of objection, to the extent the requested documents

26  exist, Responding Party will produce those documents relevant to the subject requests

27  that are in its possession, custody or control pursuant to the issuance of a protective

28  order by this Court.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1 | **REQUEST FOR PRODUCTION NO. 59:**

2      Any documents relating to all admissions against interest that you allege were

3 made by Plaintiff at any time.

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

5      **OBJECTION:** Attorney Client Communication Privilege; Attorney Work

6 Product Privilege; Trade Secret / Proprietary Information; Unduly burdensome.

7      However, without waiver of objection, to the extent the requested documents

8 exist, Responding Party will produce those documents relevant to the subject requests

9 that are in its possession, custody or control pursuant to the issuance of a protective

10 order by this Court.

11

12 | **REQUEST FOR PRODUCTION NO. 60:**

13      Any documents relating to all evidence and other information that you rely upon

14 to support your defenses, and/or explain that the factual basis of each defense.

15 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

16      **OBJECTION:** Attorney Work Product Privilege; Attorney-Client

17 Communication Privilege; Harassing, Unduly burdensome. Improper request Violation

18 of FRCP Rule 34(b)(1)(a).

19

20 | August 30, 2016

21

22               **JACOBSON, RUSSELL, SALTZ,**

                **NASSIM & DE LA TORRE, LLP**

23

                By:_____

24

                Michael J. Saltz, Esq.

25                 Attorneys for Defendant ON-SITE MANAGER

26

27

28

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

## **VERIFICATION**

I have read the foregoing responses and know the contents therein. I am a party in the above-entitled action. I am informed and believe that the matters stated therein are true and on that ground certify or declare under penalty of perjury under the laws of the United States of America that the same are true and correct to the best of my knowledge.

Executed on August 30 , 2016

_____
Eric Basart
V.P. of Corporate Development

Case No.
File No.:

1

VERIFICATION

**PROOF OF SERVICE**

My business address is 1880 Century Park East, Suite 900, Los Angeles, CA 90067. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 and am not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I enclosed a(n) ☐ true copy   ☒ original of the following document(s) described as:

**DEFENDANT ON-SITE MANAGER, INC.'S RESPONSES TO INTERROGATORIES, SET ONE**

☒   (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California addressed as set forth below;

☐   (VIA OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed as set forth below;

☐   (VIA ELECTRONIC MAIL) I caused such document(s) to be sent electronically as a .pdf file(s) to the electronic mail address set forth below;

Stephanie R. Tatar
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505

Attorney for Plaintiff

Executed on August 30, 2016 at Los Angeles, California.

☒   (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Annique Taylor

File No.: 5.385.011
Case No. Case No.: 5:15-CV-04409                         15

DEFENDANT ON-SITE MANAGER, INC.'S RESPONSES TO INTERROGATORIES, SET ONE

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909