Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 W. Olive Avenue, Suite 300
Burbank, CA  91505
Telephone:  (323) 744-1146
Facsimile:   (888) 778-5695
Stephanie@TheTatarLawFirm.com

Erin A. Novak (admitted *pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com

Attorney for Plaintiff
MICHAEL JOHNSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>      Defendant. | **Case No.: 5:15-cv-04409-BLF**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

   Plaintiff hereby moves for an administrative order permitting the removal of inadvertently filed "sensitive" information.  This information is Dkt. No. 37-6, pages 65-142.  (Exhibit D, bates labeled On-Site 0063 through 0140).

Dated: July 24, 2017

*s/ Erin A. Novak*
ERIN A. NOVAK
(*pro hac vice*)
FRANCIS & MAILMAN, P.C.
100 S. Broad Street, Ste. 1902
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com