Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

Erin A. Novak (admitted *pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
enovak@consumerlawfirm.com

Attorney for Plaintiff
MICHAEL JOHNSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>Defendant. | CASE NO. 5:15-cv-04409-BLF<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, on this 4th day of August 2017, by and between Plaintiff and Defendant On-Site Manager, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear

their own attorney's fees, costs and expenses incurred.

Respectfully Submitted,

| | |
|---|---|
| *s/ Erin A. Novak* | *s/ Michael J. Saltz* |
| ERIN A. NOVAK | Michael J. Saltz, Esq. |
| (*pro hac vice*) | JACOBSON, RUSSELL, SALTZ, |
| FRANCIS & MAILMAN, P.C. | NASSIM & DE LA TORRE, LLP |
| 100 S. Broad Street, Ste. 1902 | 1880 Century Park East |
| Philadelphia, PA 19110 | Suite 900 |
| Telephone: (215) 735-8600 | Los Angeles, California 90067 |
| Facsimile: (215) 940-8000 | Tel: 310.446.9900 Ext. 201 |
| enovak@consumerlawfirm.com | Fax: 310.446-9909 |
| | msaltz@jrsnd.com |
| *Counsel for Plaintiff Michael Johnson* | |
| | *Counsel for Defendant On-Site Manager, Inc.* |

DATE: August 4, 2017

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.<br><br>Defendant. | CASE NO. 5:15-cv-04409-BLF<br><br>**[PROPOSED ORDER]** |

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the Parties, **THE COURT HEREBY ORDERS AND DECREES** that the case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees, costs and expenses incurred.

IT IS SO ORDERED.

Dated: _____           _____

                                BETH LABSON FREEMAN